UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br>    Plaintiff, <br><br>    vs. <br><br> BLACKSTONE TECHNOLOGY GROUP INC., <br><br>    Defendant. | Case No.: 3:18-cv-4678-RS <br><br> [PROPOSED] **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Express Mobile, Inc., and defendant Blackstone Technology Group Inc. it is ordered as follows:

ORDERED that the claims asserted herein by plaintiff Express Mobile, Inc., against defendant Blackstone Technology Group Inc. be, and hereby are, dismissed without prejudice;

ORDERED that the parties shall bear their own attorneys' fees, expenses, and costs.

DATE: 10/25/18

_____
U.S. District Court Judge